# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ERNESTO RIVAS,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL L. BENOV, Warden,<br><br>Respondent. | Case No.  1:14-cv-01109-SAB-HC<br><br>ORDER GRANTING MOTION TO AMEND<br><br>(ECF No. 15) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**I.**

**DISCUSSION**

On July 16, 2014, Petitioner filed a petition for writ of habeas corpus in this Court. (ECF No. 1).  The petition challenges Petitioner's disciplinary conviction because an individual not employed by the Federal Bureau of Prisons (BOP) disallowed good conduct time as a result of an incident report. On October 29, 2014, Respondent filed a motion to dismiss the petition as moot. (ECF No. 14).  On December 3, 2014, Petitioner filed his opposition to Respondent's motion to dismiss. (ECF No. 16).

On October 28, 2014, Respondent alerted the Court to the fact that the two petitions challenge the same disciplinary hearing. (ECF No. 13).  Respondent moved to consolidate the

two cases. In Case No. 1:14-cv-01118-JLT-HC, on November 5, 2014, Magistrate Judge Jennifer L. Thurston ordered that the Court construe the petition in Case No. 1:14-cv-01118-JLT-HC as a motion to amend the petition in Case No. 1:14-cv-01109-SAB. Magistrate Judge Thurston noted that in <u>Woods v. Carey</u>, 525 F.3d 886, 888-890 (9th Cir. 2008), the Ninth Circuit held that a district court should construe a second or successive petition filed while an earlier petition is still pending in the district court as a motion to amend the earlier petition. Accordingly, Magistrate Judge Thurston ordered that the petition in Case No. 1:14-cv-01118-JLT-HC be filed in this case as a motion to amend the petition.

The Court will not issue a new briefing schedule for the amended petition, because both parties have submitted briefs on the original petition. The amended petition is nearly identical to the original petition in this case, and does not raise any new claims. Therefore, there is no need for the parties to submit new or additional briefing on the amended petition.

## II.

## ORDER

Accordingly, IT IS HEREBY ORDERED that the motion to amend the petition, filed in this case on July 17, 2014, is GRANTED.

IT IS SO ORDERED.

Dated:   **December 30, 2014**

UNITED STATES MAGISTRATE JUDGE